# United States District Court
## Violation Notice

**CVB Location Code:** ST16

**Violation Number:** 6656099
**Officer Name (Print):** Congor
**Officer No.:** 3872

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/08/2018 1524
**Offense Charged:** ☑ CFR ☐ USC ☐ State Code
38 CFR 1.218(b)(11)

**Place of Offense:** 2002 Holcombe Blvd, Houston, TX 77030

**Offense Description: Factual Basis for Charge:** Disorderly Conduct

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:** ( )

**Last Name:** Lawo
**First Name:** Donise
**M.I.:** I

**Street Address:** 12022 Might Oak Dr
**City:** Houston
**State:** TX
**Zip Code:** 77066
**Date of Birth (mm/dd/yyyy):** 09/26/1962

**Drivers License No.:** 18505610
**CDL** ☐
**D.L. State:** TX
**Social Security No.:** 516994056

☐ Adult ☐ Juvenile  Sex ☐ Male ☐ Female  Hair ___ Eyes ___ Height ___ Weight ___

### VEHICLE
VIN: ___  CMV ☐

Tag No. ___ State ___ Year ___ Make/Model ___ PASS ☐ Color ___

**A** ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

MCA

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ___ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ ___ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** ___
**Date (mm/dd/yyyy):** ___
**Time (hh:mm):** ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature:** Not Available

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 11/19/2018 10:44

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __11/08__, 20 _18_ while exercising my duties as a law enforcement officer in the __Southern__ District of __Texas__

The listed suspect was observed cussing, yelling profanities and racial slurs in the Cafeteria.

See IR #2018-11-08-1535-4751

The foregoing statement is based upon:

☒ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __11/08/2018__  _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 11/19/2018 10:44

# United States District Court
## Violation Notice

**CVB Location Code:** ST16

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6656100 | CONGOR | 3872 |

6656100

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 4/03/2018 1550 | 38 CFR 1.218(b)(40) |

**Place of Offense:** 2002 HOLCOMB BLVD, HOUSTON, TX 77030

**Offense Description: Factual Basis for Charge**     HAZMAT ☐

POSSESSION OF PEPPER SPRAY

---

### DEFENDANT INFORMATION
**Phone:** (   )

| Last Name | First Name | M.I. |
|---|---|---|
| LAWE | DENISE | I |

**Street Address:** 12022 MIGHTY OAK DR

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| HOUSTON | TX | 77066 | 09/26/1962 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 18505610 | | TX | 5169 44056 |

☒ Adult ☐ Juvenile    Sex ☐ Male ☒ Female    Hair: W   Eyes: BLU   Height: 5'0"   Weight: 120

### VEHICLE   VIN:     CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

MCA

$     Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →**    $    **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature    NOT AVAILABLE

(Rev. 09/2015)      Original - CVB Copy

CVB SCAN 11/19/2018 10:44

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __11/03__, 20__18__ while exercising my duties as a law enforcement officer in the __Southern__ District of __Texas__

The listed suspect was observed causing a disturbance, yelling profanities, and racial slurs. After being detained a search of her property revealed a canister of pepper spray.

See IR # 2018-11-03 - 1535 - 4751

The foregoing statement is based upon:

☑ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __11/03/2018__ _____
 Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
 Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

Warrant

## United States District Court
### Violation Notice

CVB Location Code: ST-16

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7075563 | Guadamuz | 3218 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 11-20-2017  1250 | 38 CFR 1.218(b)(11) |

Place of Offense: mri 2002 Holcombe blvd Houston, TX 77030

Offense Description: Factual Basis for Charge — HAZMAT ☐

Disorderly Conduct.

7075563

7507-A

**DEFENDANT INFORMATION**  Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| Lawe | Denise | J |

Street Address: 12022 A mighty Oak Dr.

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Houston | TX | 77066 | 09-26-2017 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 18505610 | | T/ | 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 |

☒ Adult ☐ Juvenile  Sex ☐ Male ☒ Female   Hair   Eyes   Height   Weight

**VEHICLE**  VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 250  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT → $ $280.00  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:   Date (mm/dd/yyyy):
  Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN DEC 01, 2017 10:30

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **20 NOV**, 20 **17** while exercising my duties as a law enforcement officer in the **Southern** District of **Texas**

LAWE became upset, yelling and cursing at the man clerk, calling her a "bitch" for not calling a Doctor.

The foregoing statement is based upon:

    ☐ my personal observation     ☒ my personal investigation

    ☐ information supplied to me from my fellow officer's observation

    ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11-20-2017**    [Officer's Signature]
    Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
    Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN DEC 01, 2017 10:30